GEORGE W. SMITH v. McDOWELL FURNITURE COMPANY, A CORPORA-
     TION ; WILLIAM E. STEVENS, TRUSTEE IN BANKRUPTCY OF McDOWELL
     FURNITURE COMPANY ; AND J. H. L. MILLER AND FRED C. MORRIS,
     PARTNERS, TRADING AS BUILDERS SUPPLY COMPANY, A PARTNERSHIP.

(Filed 4 March, 1942.)

**Appeal and Error § 38—**

     When the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment of the lower court will be affirmed without becoming a precedent.

APPEAL by plaintiff and by defendant copartnership from *Bone, J.,* at December Special Term, 1941, of McDOWELL.  ˙ Affirmed.

Civil action to recover damages for personal injuries resulting from an automobile-truck collision in which the defendant copartnership alleges a counterclaim against plaintiff ·and a cross action against defendant McDowell Furniture Company for property damages sustained as a result of the said collision.  (See *Smith v. Furniture Co.,* 220 N. C., 155.)

The court, on motions made at the conclusion of the evidence, entered judgment of nonsuit both as against plaintiff and as against defendant copartnership on its counterclaim and cross action.   Plaintiff and defendant copartnership excepted and appealed.

*G. F. Washburn and Paul J. Story for plaintiff, appellant.*

*George A. Shuford for defendant McDowell Furniture Company, appellee.*

*Proctor & Dameron for defendants, J. H. L. Miller and Fred C. Morris, partners, trading as Builders Supply Company, appellees and appellants.*

PER CURIAM.   One member of the Court, *Schenck, J.,* not sitting, and the remaining six being evenly divided in opinion, the judgment of the Superior Court is affirmed in accord with the usual practice in such

cases, and stands as the decision in this case without becoming a precedent. *Howard v. Coach Co.,* 216 N. C., 799, 4 S. E. (2d), 449; *Pafford v. Construction Co.,* 218 N. C., 782, 11 S. E. (2d), 548.

Affirmed.